1
2
3
4
5
6
7
8               UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10

11  JACK R. S.,[1]                          CASE NO. 2:24-cv-01689-JFW-MAR

12              Plaintiff,                   JUDGMENT

13          v.

14  FRANK BISIGNANO,
    Commissioner of Social Security,

15

16              Defendant.

17          It is the judgment of this Court that the final decision of the Commissioner of

18  the Social Security Administration is **REVERSED**, and the action is **REMANDED**

19  for further proceedings consistent with the Report and Recommendation.

20

21

22  DATED:  September 16, 2025

23                                  _____

24                                  HONORABLE JOHN F. WALTER
                                    United States District Judge
25

26  _____

27  [1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the
    recommendation of the Committee on Court Administration and Case Management of the Judicial

28  Conference of the United States.